Gary Lane, Esq. SBN: 050960
CONSUMER PROTECTION
LEGAL SERVICES, INC.
2911 South Bristol Street
Santa Ana, CA 92704-6205
Telephone:  (714) 442-2421
Facsimile:   (714) 995-6655

Attorney for Plaintiff
FRANCISCO VILLANUEVA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO VILLANUEVA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC.; INTEGRATED LENDER SERVICES and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:10-cv-00138-OWW-SMS<br><br>[The Honorable Oliver W. Wanger]<br><br>**NOTICE OF DISMISSAL AND ORDER DISMISSING ACTION**<br><br>Action Filed:  December 22, 2009 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed by plaintiff Francisco Villanueva in its entirety.

DATED: MAY 7, 2010　　　　　　**CONSUMER PROTECTION LEGAL SERVICES**

　　　　　　　　　　　　　　　　By : /s/ Gary Lane
　　　　　　　　　　　　　　　　　　Gary Lane, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　FRANCISCO VILLANUEVA

## **ORDER**

In view of the foregoing Notice of Dismissal filed by plaintiff Francisco Villanueva, the action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: **May 10, 2010**                    **/s/ Oliver W. Wanger**
                                                                UNITED STATES DISTRICT JUDGE